# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ALCIDES RIVERA RAMIREZ,

    Plaintiff,

v.                                                          Case No: 8:13-cv-2977-T-30TBM

VP AVIATION TECHNICAL
SERVICES, LLC,

    Defendant.

## ORDER

The Court has been advised via a Joint Report Regarding Settlement and Request for Leave to File Joint Motion for Approval (Dkt. #22) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  This Court retains jurisdiction during and after the sixty (60) day period to determine the reasonableness of the settlement and Plaintiffs' attorney's fees and costs.  **No party (or their counsel) shall make any payment of fees or costs without prior authorization or approval from this Court.**  All pending motions, if any, are **DENIED** as moot.   The Clerk is directed to close the file.

2

**DONE** and **ORDERED** in Tampa, Florida, this 24th day of June, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2013\13-cv-2977 dismiss 22.docx